# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>Zaira Lopez-Oliva, Jesus Lopez,<br>and Kirsis Castellanos-Kirington<br><br>*Defendant(s)* | Case No.<br>25- mj-125 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 1, 2022, to on or about October 9, 2025, in the parish of East Baton Rouge in the Middle District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1) and (a)(2) | Sex trafficking by force, fraud, or coercion |
| 18 U.S.C. § 2 | Aiding and abetting |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Dalton Flaspohler*
*Complainant's signature*

TFO Dalton Flaspohler, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by video conference (*specify reliable electronic means*).

Date: 10/16/2025

*Judge's signature*

City and state: Baton Rouge, LA    Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

J. Flowers and A. Leon
USM
USPO

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT FOR THE ARRESTS OF ZAIRA LOPEZ-OLIVA, JESUS LOPEZ, AND KIRSIS CASTELLANOS-KIRINGTON

I, Dalton Flaspohler, being duly sworn, do hereby depose and state:

## I.     Introduction and Agent Background

1.     I am a Task Force Officer with Homeland Security Investigations (HSI) and have been employed as such since January 2023. Prior to working for HSI, I served as an Armed Robbery and Burglary Detective with the East Baton Rouge Parish Sheriff's Office. I also spent time investigating Internet Crimes Against Children. During my career, I have utilized numerous different investigative techniques to pursue human trafficking and various other types of investigations, including but not limited to electronic surveillance, visual surveillance, general questioning of witnesses, the use of search warrants, the use of grand jury subpoenas, and the use of confidential informants. I have knowledge of immigration laws, alien smuggling techniques, and human-trafficking methods perpetrated to circumvent those laws. I have gained this knowledge because of both professional training and the professional experience described above.

2.     I am a federal criminal investigator for the United States within the meaning of 19 U.S.C. § 1589a; therefore, I am authorized to execute and serve any order, warrant, subpoena, summons, or other process issued under the authority of the United States.

3.     As a criminal investigator, I am authorized to enforce 18 U.S.C. § 1591, Sex Trafficking by Force, Fraud or Coercion, among other federal criminal statutes.

4. This affidavit is made in support of an application for a warrant to arrest the following individuals:

- **Zaira LOPEZ-OLIVA (LOPEZ-OLIVA)**, a Honduran citizen, who is currently being held at the East Baton Rouge Parish Prison (EBRPP) on violations of Louisiana law and has the other, following identifiers DOB: 11/08/2001, and Alien #208987829;

- **Jesus LOPEZ (LOPEZ)**, also known as "El Perro," a Honduran citizen, who is currently being held at the EBRPP on violations of Louisiana law and has the other, following identifiers: DOB: 08/18/1980, and Alien # 200060084;

- **Kirsis CASTELLANOS-KIRINGTON (CASTELLANOS-KIRINGTON)**, a Honduran citizen, who is currently being held at the EBRPP on violations of Louisiana law and has the other, following identifiers: DOB: 03/21/1995, Alien #201544463;

for sex trafficking by force, fraud, or coercion, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2), and/or aiding and abetting same, under Title 18, United States Code, Section 2.

5. This affidavit is based on my personal observations during this investigation, my training and experience, and information communicated or reported to me during the investigation by other participants in the investigation and witnesses (as the contents of this affidavit indicates), and my review of records, documents, and other physical evidence obtained during this investigation. This affidavit is intended to show only that there is sufficient probable cause to support the Criminal Complaint and for the requested Arrest Warrants; it does not include every fact known by me, Homeland Security Investigations (HSI), or other assisting law enforcement agencies.

6.	Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 1591(a)(1) and (a)(2), and 2, have been committed by **LOPEZ-OLIVA**, **LOPEZ**, and **CASTELLANOS-KIRINGTON**.

II.	**Probable Cause**

A.	**Tip from Source of Information (SOI) about Sex-Trafficking Operation**

7.	On August 19, 2024, Detectives with the East Baton Rouge Parish Sheriff's Office (EBRSO) Intelligence Division received information regarding possible human trafficking occurring at 920 Aster Street, Baton Rouge, Louisiana (which is in the Middle District of Louisiana). The information indicated that women and possibly juvenile females were being forced to engage in commercial sex acts at this location.

8.	A Source of Information (SOI) provided Detectives with photographs received through the messaging application WhatsApp from cellular phone number (225) 953-9571. The individual sending the images identified themselves only by the nickname "El Perro." "El Perro"—later determined to be **Jesus LOPEZ**, used WhatsApp to send photographs of scantily clad women of various nationalities, advertising that they were available for commercial sex acts. The SOI told EBRSO Detectives that utilizing the WhatsApp application on their cellular device, El Perro was contacted to make the appointment and then again contacted once the SOI arrived at the location, 920 Aster Street, where the female victims are forced to participate in commercial sex acts.

9.	During this investigation, Detectives identified 3076 Nicholson Drive Baton Rouge, Louisiana (within the Middle District of Louisiana), as a second location where women were being housed and exploited. Through physical and video surveillance, detectives observed activity consistent with a human-trafficking operation. The residence was seen to have heavy

3

traffic coming and going out of the rear door of the residence, and at times 3-5 males at the back patio waiting to enter as others were inside of the structure. Detectives observed that the clientele were Hispanic males approximately 18-60 years of age.

10. During the surveillance operations, several traffic stops were conducted by law enforcement on vehicles that left the 920 Aster Street address, after they committed traffic violations. During the stops, the driver/occupants were contacted and interviewed. Ultimately, all advised they were at the address having sex with unknown women they observed on the message they received from WhatsApp. When asked if money was exchanged for sex, they advised "yes". Detectives learned during the interviews that the price ranged from $40 - $60, depending on the client. Furthermore, some clients advised they are return customers. Some of the customers voluntarily showed Detectives the WhatsApp messages, where Detectives observed naked or scantily clad females posing for photographs. These photographs were sent from the above-mentioned phone number and were meant to advertise which girls were available. When asked how they knew what was going on at the Aster address, they would say that they learned about it through a friend or a co-worker. They would then contact "El Perro" on the above-mentioned phone number, who would send them pictures and the Aster address. EBRSO Detectives determined that "El Perro" is in fact **Jesus Lopez**, who is using WhatsApp to promote and sexually exploit females for financial gain.

11. On October 14, 2025, EBRSO Detectives applied for and received duly authorized search warrants from the 19th Judicial District Court of Louisiana to obtain all records from WhatsApp and AT&T related to "El Perro's" phone number (+12259539571). Based on the information received from AT&T, Detectives learned that the listed phone number for "El Perro" was registered to a Pedro Varga with an address of 1215 W. Chimes Street, Baton Rouge,

4

Louisiana. No personal information for Varga was listed. Detectives conducted surveillance on the address, which is a small apartment complex, but were unable to locate any vehicles or reports indicating that a person named Varga lives there.

12. On October 21, 2024, EBRSO Detectives searched for Varga's number in the Law Enforcement Database. A report written by BRPD under file #23-49675 stated that on May 22, 2023, their "Telephone Reporting Unit" received a call from a Hispanic female wanting to file a sex-trafficking report in reference to 920 Aster Street, Baton Rouge, Louisiana. The female, who wished to remain anonymous, advised BRPD that a Hispanic male subject named **Jesus Lopez** sent a family friend text messages stating that he sells women of all ages for sex along with pictures of the women. The Hispanic female stated that **LOPEZ**'s phone number was 225-953-9571, which is the same number being used by Varga.

13. On November 6, 2024, EBRSO Detectives applied for and received a pen trap and trace warrant for cell phone #225-953-9571, which was signed by the Honorable Commissioner Jermaine Guillory in the 19th Judicial District Court of Louisiana. This warrant allowed the Louisiana Attorney General's Office to utilize resources at their disposal to locate and pinpoint the 225-953-9571 cell phone. The phone number was narrowed down to Summerset Square Apts. located at 11417 Stan Avenue, Baton Rouge, Louisiana (in the Middle District of Louisiana). Based on this updated information, EBRSO Detectives utilized law enforcement resources and located a blue 2018 Chevrolet Silverado, bearing Texas license plate MVF9651, and a silver 2017 Hyundai Sonata, bearing Louisiana license plate 980GNS, registered under the name **Jesus LOPEZ**. Detectives believe that: (i) these vehicles belong to **LOPEZ**; (ii) that **Jesus LOPEZ** is using the name Pedro Varga as an alias; and (iii) that **LOPEZ** is in possession of and using the cell phone belonging to #225-953-9571.

5

**B.    Additional Information from SOI about Jesus LOPEZ, Zaira LOPEZ-OLIVA, Kirsis CASTELLANOS-KIRINGTON, and the Sex-Trafficking Operation at the New Nicholson Apartment**

14.    In December of 2024, Detectives received information from the SOI that **LOPEZ** was moving his operation from 920 Aster St. to a new, unknown location. After receiving this information, EBRSO Detectives went to 920 Aster St. It appeared that the occupants were moving out of the apartment as items that were previously in the windows were now gone, including a video camera. While in the area, Detectives observed **LOPEZ** arrive at 920 Aster St. in his Silverado. He drove toward the rear of the apartment and dropped off **Kirsis CASTELLANOS-KIRINGTON**. **LOPEZ** also dropped off an unidentified female with red hair—later determined to be **Zaira LOPEZ-OLIVA**. They walked into the rear door of the apartment and **LOPEZ** drove out of the immediate area. While conducting surveillance of the apartment, EBRSO Detectives observed **CASTELLANOS-KIRINGTON** and **LOPEZ-OLIVA** exit the rear door of 920 Aster St. and walk toward the rear parking lot. EBRSO Detectives saw **CASTELLANOS-KIRINGTON** and **LOPEZ-OLIVA** using a key to open the rear door of an apartment located at 3076 Nicholson Dr. Detectives determined that this would be the new location for **LOPEZ**'s human-trafficking operation. An updated phone ping showed the phone in the immediate area of the new location. EBRSO Detectives believe **CASTELLANOS-KIRINGTON** and **LOPEZ-OLIVA** use the phone to

maintain the operation when **LOPEZ** is unable to do so. The photo below is a captured image of **LOPEZ-OLIVA** and **CASTELLANOS-KIRINGTON** outside the Nicholson apartment.



    **C.**    **Airport Travel to further the Sex-Trafficking Operation**

15. On December 6, 2024, Detectives were able to successfully begin electronic surveillance on **LOPEZ**'s Silverado. The electronic surveillance assisted EBRSO Detectives by identifying additional locations that **LOPEZ** may be using to further his prostitution/human-trafficking operation. Detectives also monitored **LOPEZ**'s movements as he traveled to the Louis Armstrong New Orleans International Airport on December 8, 2024, and picked up an unidentified female. **LOPEZ** left the airport and drove directly to 3076 Nicholson Dr. and dropped off the female that he picked up from the airport. On December 9, 2024, **LOPEZ** traveled to the Nicholson Dr. apt., stayed approximately one minute and then drove directly to New Orleans Airport. He stayed in the terminal drop-off area for approximately two minutes and drove back to Baton Rouge. Detectives believe **LOPEZ** picked up a female from Nicholson Dr. and dropped her off for a flight at the airport.

16. Detectives obtained video footage from the New Orleans Airport which showed **LOPEZ** arrive to the airport on December 8, 2024, with **LOPEZ-OLIVA** sitting in the front passenger seat of **LOPEZ**'s Silverado. **LOPEZ** was driving the Silverado. Video footage showed an unidentified female, with long black hair, approach **LOPEZ**'s vehicle and place luggage in the bed of the truck. She then entered the right rear passenger side and **LOPEZ** departed the airport. Photographs from December 9, 2024, showed **LOPEZ** arriving at the airport and dropping off an unidentified female, who exited the left rear passenger door with luggage. The unidentified female entered the airport and **LOPEZ** departed, driving back to Baton Rouge. Detectives believe that **LOPEZ** is picking up and dropping off women that are victims of **LOPEZ**'s prostitution/human-trafficking operation.



### D. Surveillance showing Jesus LOPEZ, Zaira LOPEZ-OLIVA, Kirsis CASTELLANOS-KIRINGTON, and cash retrieved from the Sex-Trafficking Operation at the Nicholson Apartment

17. On February 21, 2025, while Detectives were conducting surveillance on the Nicholson Dr. apt., **LOPEZ** arrived in his Silverado as the driver. **LOPEZ-OLIVA** was seen exiting the left rear passenger seat of the Silverado. She then entered the rear door of the Nicholson Dr. apt. She exited the apt. within 2 minutes, got back into the Silverado and **LOPEZ** drove directly to a Chase Bank ATM.

18. On July 2, 2025, while Detectives were conducting surveillance on the Nicholson Dr. apt., **LOPEZ** arrived in his Silverado as the driver. **LOPEZ-OLIVA** was seen exiting the left rear passenger seat of the Silverado. She then entered the rear door of the Nicholson Dr. apt. She exited the apt. less than a minute later, got back into the Silverado and they left the area. Throughout this investigation, **LOPEZ** has gone to the Nicholson apartment on numerous occasions, arriving late at night and staying less than 2 minutes before getting back into the vehicle. Detectives believe that, on these occasions, **LOPEZ**, **LOPEZ-OLIVA**, and **CASTELLANOS-KIRINGTON** were picking up cash from the women inside of the apartment. The photos below capture when **LOPEZ-OLIVA** went to the Nicholson address to pick up money and the other photo is when they left the Nicholson address and went directly across the street to the Exxon gas station located at 3135 Nicholson and **CASTELLANOS-KIRINGTON** was seen exiting the front passenger of the vehicle and pumping gas. Shortly after shes finished she enters the vehicle and they leave the area.





E. **Confidential Informant Infiltrates the Sex-Trafficking Operation at the Nicholson Apartment**

19. On September 25, 2025, Detectives utilized a confidential informant (CI) to go inside of the Nicholson Dr. apartment to gather intel related to the sex-trafficking operation. The CI met Detectives at a pre-arranged meeting location, where the CI was equipped with audio and video recording devices and provided with $60.00 in pre-recorded EBRSO funds to be used to gather intel about the human-trafficking operation. The CI showed EBRSO Detectives the "menu" of women that was sent to the CI by "El Perro" (**LOPEZ**) on September 22, 2025. The "menu" is a photograph showing different women available for sexual services and shows the women dressed in lingerie or no clothes at all. The CI stated that **LOPEZ** sends him a "menu" of new women every Monday. The CI contacted **LOPEZ** by phone and asked if the Nicholson Dr. apartment was open for business. **LOPEZ** told the CI that it was. Once the CI was outside of the apartment, he called **LOPEZ** again to say that he/she was there. **LOPEZ** asked the CI if he/she was alone or with other people. The CI stated that he/she was alone and knocked on the rear door of the Nicholson Dr. apartment, which was answered by a female. Once inside, the CI saw two females and asked them how much it costs. The CI was told $40.00 and asked if the CI had ever been here before. The CI stated that it was his/her first time. Attached is a photo of the "Menu" that was shown and given to the CI. During the investigation, law enforcement learned that **LOPEZ-Oliva** helped design the menus.



**NOTE**: Portions of the "menu" are redacted with black boxes. Emojis were in the original "menu."

20.     The CI was taken to a bedroom by one of the females, where she told him again that it will cost him $40.00. She was wearing a dress, which she began to take off. The CI told her not to get undressed yet because he did not want to do anything and asked the female what sexual services are offered. The female told him that it cost $40.00 for anything that he wanted to do below the waist, but it would cost him $100.00 for anything above the waist, including oral sex.

12

The CI asked the female what she charged for the whole night, and the CI was told $1,200.00. During the conversation, the female and the CI discussed seeing each other again. The female told the CI that she was leaving for Houston on Sunday and that "El Perro" (**LOPEZ**) was bringing new girls in to work on Monday. EBRSO Detectives asked the CI if he/she asked about bringing the girl to a hotel room. The CI stated that he/she must go through "El Perro" for that but it's always at the apartment. While discussing "El Perro", the female told the CI that "El Perro" never comes inside but that he must live close by because he is always around. They also discussed that "El Perro" has cameras outside of the apartment and that he is always watching them to see how many customers come to the apartment. Detectives asked the CI if he/she had to provide his/her own condom, the CI stated that the females in the apartment had condoms in their pockets. The CI gave the female the prerecorded EBRSO funds for her time and the CI left the apartment.

    **F.**    **Search of Target Residences in October 2025**

    21.    On October 9, 2025, the East Baton Rouge Parish Sheriff's Office along with Homeland Security Investigations executed search warrants at the following locations:

- 11417 Stan Avenue Apt #4 Baton Rouge, LA 70815
- 3076 Nicholson Drive Apt #B Baton Rouge, LA 70802
- 4456 Shelley Street Baton Rouge, LA 70805

    22.    11417 Stan Avenue Apt #4 Baton Rouge, LA 70815 was searched by Detectives and located in this house were phones, receipts, ID's, passports and documents. There were bank cards located for **LOPEZ**, **LOPEZ-OLIVA**, and **CASTELLANOS-KIRINGTON** for various local and online banks. The was a bill from Baton Rouge Water Company for the date of October

13, 2025, for $81.85. The account name was Kirsis P Castellanos, and the account address was 3076 Nicholson Drive, Apt B. Attached below is the photo of the water bill:



23. 4456 Shelley Street Baton Rouge, LA 70805 was searched by Detectives and located in this house were phones, receipts, ID's, passports and documents.

24. 3076 Nicholson Drive Apt #B Baton Rouge, LA 70802 was searched by Detectives and located in the apartment were Victim 1 and Victim 2 (further described below). Also in the apartment were two rooms, numerous used condoms, unopened condoms, lubricants, lingerie clothing, cellphones and other commercial sex items. These items were documented by photograph accordingly. The victims were transported to the Louisiana State University Police Department and interviewed.

25. After being advised of her Miranda rights, **LOPEZ-OLIVA** stated she would help **LOPEZ** pick girls up from the airport and has done so several times before. She reported that she

14

had assisted with driving them from the New Orleans Airport back to the Nicholson address. **LOPEZ-OLIVA** reported that she has gone by the Nicholson location and picked up money for **LOPEZ**. She reported that she had gone to the bank with **LOPEZ** and deposited the money. **LOPEZ-OLIVA** reported that she has used her cellular device to help create the "menu" advertisement used and sent out to the clients. She would either help take the photos or when she was sent the photos, she would create the ads to send out to the clients.

    G.    **Forensic Interview of Victim 1**

26. On October 9, 2025, HSI Forensic Interviewers (FI) from the HSI Victim Assistance Program (VAP) conducted a forensic interview of Victim 1. Victim 1 is a Guatemala national and illegal alien in the United States. During the interview, Victim 1 stated the following:

- That she met or heard of **LOPEZ** through a friend while working as a maid in Houston. Both Victims referred to **LOPEZ** as "Fran."

- Victim 1 needed money to help pay for her daughter's visa

- Victim 1 traveled from Houston to Baton Rouge in July of 2025 to start working for **LOPEZ**. She would engage in commercial sex with the client and charge $40. She would keep $20 and the remaining $20 went to **LOPEZ**.

- Victim 1 was not allowed to leave or tell anyone what she was doing, and she believed if she told anyone, **LOPEZ** would kill her.

- Victim 1 reported one or two females would come daily to pick up the money.

- This is the third time Victim 1 has been to Baton Rouge, and she arrived in Baton Rouge on Monday October 6.

- Victim one reported that each time she had been in Baton Rouge at least one of the male clients did not like the service and was required by **LOPEZ** to return all $40 to the client.

- Victim 1 reported that when she is back in Houston, she is fearful that **LOPEZ** will find her and hurt her.

- Victim 1 stated on the morning of the arrest both Victims snuck out of the house to go to Walmart and purchased food and water. She was fearful that **LOPEZ** would find them and hurt them.

### H.  Forensic Interview of Victim 2

27. On October 9, 2025, HSI FI conducted a forensic interview for Victim 2. Victim 2 is a Colombian national and illegal alien in the United States. Victim 2 stated the following:

- Victim 2 resided in New Jersey and was talking to a friend about financial trouble and her friend gave her **LOPEZ**'s contact information.

- Victim 2 reached out to **LOPEZ** and was informed that Victim 2 would be giving massages. Victim 2 agreed to work for **LOPEZ**.

- Victim 2 booked a plane ticket from New Jersey to Baton Rouge and was told she would be reimbursed.

- Victim 2 arrived and was informed she would be performing commercial sex acts on male clients.

- Victim 2 was advised when male clients were on their way to the Nicholson address, and she would charge $40. $20 for her to keep and $20 for **LOPEZ**.

- Victim 2 reported on Monday and Tuesday she was not allowed to keep any of the money as **LOPEZ** said he had to cover cost.

- Victim 2 reported she felt as if she could not leave the residence based on threats made by **LOPEZ**.

- Victim 2 reported on the morning of the arrest; her and Victim 1 went to Walmart to purchase food and water. Victim 2 planned to run away but came back to the house out of fear.

### I.  Information Describing the Immigration Status of Jesus LOPEZ, Zaira LOPEZ-OLIVA, and Kirsis CASTELLANOS-KIRINGTON

28. In January 2025, Homeland Security Investigations conducted law enforcement database searches and determined that **LOPEZ**, **LOPEZ-OLIVA**, and **CASTELLANOS-KIRINGTON** are Honduran Nationals illegally present in the United States. In addition,

16

Immigration and Customs Enforcement, Enforcement and Removal Operations (ICE-ERO) was contacted and confirmed via law enforcement databases that **LOPEZ**, **LOPEZ-OLIVA**, and **CASTELLANOS-KIRINGTON** are Honduran Nationals that have entered the United States without inspection. On October 9, 2025, after the EBRSO arrests of **LOPEZ**, **LOPEZ-OLIVA**, and **CASTELLANOS-KIRINGTON**, ICE immigration detainers were placed on each individual.

29. Based upon the above, I respectfully request that warrants for the arrest of **ZAIRA LOPEZ-OLIVA**, **JESUS LOPEZ**, and **KIRSIS CASTELLANOS-KIRINGTON** be issued for violations of 18 U.S.C. § 1591(a)(1) and (a)(2), Sex Trafficking by Force, Fraud or Coercion, and/or aiding and abetting same under 18 U.S.C. § 2.

*Dalton Flaspohler*
Dalton Flaspohler
Task Force Officer
Homeland Security Investigations

Affidavit submitted by email/pdf. and attested to me as true and accurate by ~~telephone~~ video conference consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the __16th__ day of October 2025.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA